UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXIGIS LLC,<br>          Plaintiff,<br><br>v.<br><br>CITY OF DALLAS, A.C. GONZALEZ,<br>in his official and individual capacities; MIKE<br>FROSCH, in his official and individual<br>capacities, JUDITH LEVIN-SIMMONS,<br>in her official and individual capacities;<br>JEANNE CHIPPERFIELD, in her official and<br>individual capacities;  ZERONDA D. SMITH,<br>in her official and individual capacities;<br>S200 CORP. d/b/a/  CERTFOCUS<br>          Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Civil Action No.  3:15-CV-01372-N |

**CITY DEFENDANTS CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE COURT:

Defendants, A.C. Gonzalez, Mike Frosch, Judith Levin-Simmons, Jeanne Chipperfield, Zeronda D. Smith and the City of Dallas (collectively, the "City Defendants") pursuant to N.D. Tex. Local Civil Rule LR 3.1(f) and N.D. Tex. Local Civil Rule LR 7.4, file the following certificate of interested persons.  The undersigned, on behalf of the foregoing defendants, certifies that the following listed persons and entities have an interest in the outcome of this case.

**A.     Parties**

   Plaintiff:

   1.   Exigis LLC

   Defendants:

   2.   A.C. Gonzalez

   3.   Mike Frosch

   4.   Judith Levin-Simmons

5. Jeanne Chipperfield

6. Zeronda D. Smith

7. The City of Dallas

8. S2000 Corp. d/b/a Certfocus

**B.** **Attorneys:**

Plaintiffs:

1. Samuel E. Joyner
   Ross Joyner PLLC
   1700 Pacific Avenue, Suite 3750
   Dallas, Texas  75201

2. Joseph Tripodi
   Of Counsel
   Kranjac Tripodi & Partners LLP
   30 Wall Street, 12th Floor
   New York, New York, 10005

   *Attorneys for Plaintiff*

Defendants:

3. Charles Estee                                (lead counsel to be noticed)
   Assistant City Attorney
   Texas Bar No. 066736000

4. Christopher J. Caso
   Assistant City Attorney
   Texas Bar No. 03969230

   City Attorney's Office
   1500 Marilla Street, Room 7B North
   Dallas, Texas 75201
   214.670.3519 – Telephone
   214.670.0622 – Telecopier

   *Attorneys for City Defendants*

5. Christopher K. Stobaugh
Snell Wylie & Tibbals
8150 North Central Expressway, Suite 1800
Dallas, Texas 75206

*Attorneys for S2000 Corp., d/b/a Certfocus*

WARREN M. S. ERNST
Dallas City Attorney

/s/ *Christopher J. Caso*

Christopher J. Caso
Assistant City Attorney
Texas Bar No. 03969230
chris.caso@dallascityhall.com

Charles Estee
Assistant City Attorney
Texas Bar No. 06673600
charles.estee@dallascityhall.com

City Attorney's Office
1500 Marilla Street, Room 7B North
Dallas, Texas  75201
Telephone:    214-670-3519
Telecopier:   214-670-0622

*Attorneys for City Defendants*

## CERTIFICATE OF SERVICE

  I certify that on May 1, 2015, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the CM/ECF electronic case filing system of the court.  The electronic case filing system will send a "Notice of Electronic Filing" notification to all case participants registered for electronic notice, including the following *pro se* parties and/or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means and/or as otherwise identified below:

Samuel E. Joyner      Via U.S. Mail
Ross Joyner PLLC
1700 Pacific Avenue, Suite 3750
Dallas, Texas  75201

Joseph Tripodi      Via U.S. Mail
Of Counsel
Kranjac Tripodi & Partners LLP
30 Wall Street, 12th Floor
New York, New York, 10005
*Attorneys for Plaintiff*

Christopher K. Stobaugh    Via U.S. Mail
Snell Wylie & Tibbals
8150 North Central Expressway, Suite 1800
Dallas, Texas 75206
*Attorneys for S2000 Corp., d/b/a Certfocus*

              *s/ Christopher J. Caso*
              Senior Assistant City Attorney